IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JEROME C. VETAW,

    Defendant.

Case No. 5:22-cr-40053-HLT

## ORDER FOR EVALUATION AND HEARINT TO DETERMINE MENTAL COMPETENCY TO STAND TRIAL

    Defendant's counsel moves for an evaluation and hearing to determine mental competency. Doc. 46. This motion was filed as the parties prepared to appear for a pretrial motion hearing on May 4, 2023. The competency concerns arise from reports of Mr. Vetaw's recent alleged conduct, reports of his interactions with prison staff at USP-Leavenworth, and observations and interactions with court participants to include his appointed counsel. A full record of these issues was made in an ex parte hearing on April 18, 2023, wherein Mr. Vetaw was present and provided the opportunity to be heard. At that hearing, the Court was able to observe Mr. Vetaw and listen to his presentation, which also significantly contributed to Court's findings and determination of this motion. Additionally, Mr. Vetaw has a documented history of mental illness (Doc. 31), including a prior competency evaluation in this case wherein on December 15, 2022, he was found to be competent to proceed to trial, a position shared by the parties at that time.

    Based on the above, the Court finds reasonable cause to believe that Mr. Vetaw may be unable to understand the nature and consequences of the proceedings against him and properly assist in his own defense, and that Mr. Vetaw's ability to do so may be impacted by an underlying severe mental illness. Under these circumstances, the Court determines that a psychological

evaluation is necessary and appropriate.

THE COURT THEREFORE ORDERS that the motion (Doc. 46) is GRANTED. Pursuant to 18 U.S.C. 4241(a) and (b), the Court orders that the United States Marshal or one of his deputies or designees shall transport Mr. Vetaw to a suitable Federal Medical Center as designated by the Federal Bureau of Prisons, for an examination and evaluation of Mr. Vetaw's ability to understand the nature and consequences of the proceedings against him and to properly assist in his own defense.

THE COURT FURTHER ORDERS that this evaluation shall be conducted pursuant to 18 U.S.C. § 4247(b) and (c), and shall include an evaluation and an assessment of:

(a) any psychological condition from which Mr. Vetaw suffers, including history and present symptoms, if any;

(b) what tests were employed and their results;

(c) the examiner's findings; and

(d) the examiner's opinions as to diagnosis, prognosis, and whether Mr. Vetaw is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The professional(s) evaluating Mr. Vetaw shall prepare a written report, in accordance with the deadlines set forth in 18 U.S.C. § 4247(b). A copy of written the report of the examiner(s) shall be forwarded and provided to:

The Honorable Holly L. Teeter
United States District Court
444 S.E. Quincy, Suite 405
Topeka, KS 66683

Rich Federico
Assistant Federal Public Defender
117 S.W. 6th Avenue, Suite 200
Topeka, KS 66603

Jared Maag
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683

Upon the completion and filing of the evaluation report, the Court will set a hearing for the parties to appear and to determine competency. Pursuant to 18 U.S.C. § 3161(h)(1)(A), all time is excluded from the speedy trial calculation starting from the issuance of this order until the competency hearing is completed and a competency determination is made.

IT IS SO ORDERED.

Dated: April 18, 2023                    /s/ *Holly L. Teeter*
                                         HOLLY L. TEETER
                                         UNITED STATES DISTRICT JUDGE